

MINUTE ENTRY
WILKINSON, M. J.
FEBRUARY 16, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-208 |
| ANTHONY P. CHAMPAGNE | SECTION "N" (2) |

### HEARING ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Plaintiff's Motion to Amend Complaint

O R D E R E D:

__XXX__ : DENIED. To the extent plaintiff's submission seeks to amend his complaint, for the reasons set out in the Report and Recommendation dated January 31, 2000, the proposed amendment is futile. <u>Wimm v. Jack Eckerd Corp.</u>, 3 F.3d 137, 139 (5th Cir. 1993).

DATE OF ENTRY FEB 17 2000

___Fee___
___Process___
_X_ Dktd
___CtRmDep
___Doc.No.___

__XXX__ :   OTHER. To the extent plaintiff's submission is an objection to the Report and Recommendation dated January 31, 2000, it is hereby brought to the district judge's attention for her review.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE


cc:   HON. EDITH BROWN CLEMENT