

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 28 P 4: 37

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO MCKINLEY                             CIVIL ACTION

VERSUS                                     NO. 00-208

ANTHONY P. CHAMPAGNE                       SECTION "N" (2)

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file objections the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly,

IT IS ORDERED that plaintiff's claims pursuant to 42 U.S.C. § 1983 be DISMISSED WITH PREJUDICE.

---

[1] To the extent that plaintiff's submission of February 10, 2000 contains objections to the Report and Recommendation of the United States Magistrate Judge, the district judge considered plaintiff's submission.

DATE OF ENTRY FEB 29 2000

IT IS FURTHER ORDERED that plaintiff's habeas corpus claims be DISMISSED WITHOUT PREJUDICE for failure to exhaust available state court remedies.

New Orleans, Louisiana this 28 day of February, 2000.

                                                                         UNITED STATES DISTRICT JUDGE