```
                FILED
         U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

         2000 FEB 28  P 4: 37

           LORETTA C. WHYTE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARIO MCKINLEY | CIVIL ACTION |
| VERSUS | NO. 00-208 |
| ANTHONY P. CHAMPAGNE | SECTION "N" (2) |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant, Anthony Champagne, and against plaintiff, Mario McKinley, dismissing plaintiff's 42 U.S.C. § 1983 claims with prejudice, and dismissing plaintiff's habeas corpus claims without prejudice for failure to exhaust state remedies.

New Orleans, Louisiana, this 28 day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  FEB 29 2000