cl

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 0 8 2000
LORETTA G. WHYTE
CLERK

MARIO McKINNEY

C.A. No. 00-208 N

VERSUS

ANTHONY P. CHAMPAGNE

## NOTICE OF APPEAL

While 1983 provides the basis for the cause of action And remedy for pla lawsuit 28 U.S.C. 1343(3) provides The Jurisdisdiction for the Federal Court To hear pla case, pla will cite in his complaint as the basis for Federal Court Jurisdiction.

ANTHONY P. CHAMPAGNE in his on "Individual capacity" has committed multiple Infra, acting under color of state law using, and abusing, power that is possessed by virtue of state law, and made possible only because The wrongdoer is clothed with the authority of state law, even if They violate state, law or regulations, pla will show how this state actor should be held liable for his actions acting out of state law, in his on "individual capacity" How he caused the pla To be subjected To a violation of Federally protected, Rights.

"Elements"

1. The conduct complaint of was committed by this state Actor under color of state law.

2. This conduct deprived pla of constitutional rights, privileges, or immunities, secured by the constitution, and laws of the united states.

Private conduct is also actionable under 42 U.S.C. § 1985(3) which provides for damage actions against persons who conspire... for the purpose of depriving... any person, or class of persons of the equal protection of the laws, or of equal privileges, and immunities, under the laws, and 42 U.S.C. § 1986 which provides for damage liability for anyone who having knowledge that a (1985) conspiracy is about to be committed, and having power to prevent, or aid in preventing the commission of the same, neglects, or refuses to do so...

However under these statutes this state actor has shown some "racial", or perhaps, otherwise class-based, invidiously, discriminatory animus behind the conspirators, action. Pla, contends that Federal Court Jurisdiction pursue to 28 U.S.C. § 1331(a) which provides that District Court shall have original jurisdiction of all civil action under the constitution, laws, or treaties, of the united states.

"Elements"

1. That "pla" constitutional, or other federal law rights were violated.

2. That they were violation by persons acting under color—

of Federal and state law.

3. Whether a person acted under color of law presumably Is determined in the same way For Federal officials as For state official.

Pla, will state For the record his claims, and what, Relief can be granted.

    1. (8th) Amendment, Flagrant, or remarkably bad Failure To protect exceptional circumstance And conduct so grossly incompetent, Inadequate, or excessive as To Shock The conscience, or To be intolerable To basic Fairness $10,000

    2. (6th) Amendment, Guarantees That in all criminal prosecutions The accused shall enjoy The right To Counsel To assure Fairness in Adversary criminal process The right To Counsel is primarily. $10,000

    3. (14th) Amendment, The delay is intened To Gair, a Tactical, and one sided Avantage over Due Process $100,000

March 3, 2000          Submitted,

                         x Mario McKinley
                         # 125053