

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -1  P 4: 46

LORETTA G. WHYTE

MINUTE ENTRY
CLEMENT, J.
May 1, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARIO MCKINLEY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-208 |
| ANTHONY P. CHAMPAGNE | * | SECTION "N" |

### ORDER

Before the Court is plaintiff's Motion to Amend Notice of Appeal. The Court treats plaintiff's request as a motion for extension of time to appeal.

Plaintiff filed a timely Notice of Appeal in this Court after the Court entered judgment on February 29, 2000, dismissing plaintiff's 42 U.S.C. § 1983 claims with prejudice for failure to exhaust state remedies. Plaintiff's Notice was entered on March 9, 2000. Plaintiff subsequently filed his Motion to Amend Notice of Appeal. Plaintiff's Motion was mailed on April 24, 2000 and entered on April 25, 2000.

DATE OF ENTRY
MAY  2 2000

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, a notice of appeal in a civil case must be filed in the district court within thirty days after the entry of judgment or the order from which defendant appeals. See Rule 4(a)(1). Upon a finding of excusable neglect or good cause, however, when a party moves to extend the time to file a notice of appeal no later than thirty days after the time prescribed expires, this thirty-day period may be extended by the district court for up to thirty days from the expiration of the prescribed period. See Fed. R. App. P. 4(a)(5).

Because plaintiff's Motion was filed within the period in which a party may move to extend the time to file a notice of appeal, this Court finds that good cause exists to permit plaintiff to make the proposed amendments to his notice of appeal. The Court finds no reason to believe plaintiff's actions to amend his notice are taken in bad faith and notes that granting the motion to amend will cause little, if any, delay in judicial proceedings. Moreover, plaintiff may be prejudiced by the Court's denial of an extension in which to amend a notice of appeal. Accordingly,

IT IS ORDERED that plaintiff's Motion to Amend Notice of Appeal is hereby GRANTED.

New Orleans, Louisiana, this __1__ day of May, 2000.

_____
EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE