

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARIO McKINLEY                                CIVIL ACTION

VERSUS                                        NO. 00-208

ANTHONY CHAMPAGNE                             SECTION N(2)

### ORDER

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.

☐ the motion is DENIED; the party has sufficient funds to pay the filing fee.

☒ the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons: _____
for the reasons set forth in this court's February 28, 2000 order adopting the Magistrate's Report and Recommendation and dismissing Petitioner's claims

New Orleans, Louisiana, this 13 day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 15 2000