


MINUTE ENTRY
CLEMENT, J.
June 21, 2000

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARIO MCKINLEY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-208 |
| ANTHONY CHAMPAGNE | * | SECTION "N" |

### ORDER

Although this Court has previously certified that the appeal in this matter is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the applicant may challenge this finding pursuant to Baugh v. Taylor, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed in forma pauperis on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of that order.

The cost of filing a motion to proceed on appeal is $105.00. Since the applicant originally filed his appeal while he was a prisoner, he is required to pay this fee in accordance

DATE OF ENTRY
JUN 2 2 2000



with the Fifth Circuit's holding in <u>Gay v. Tex. Dep't of Corrections State Jail Div.</u>, 117 F.3d 240, 241 (5th Cir. 1997).