IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 00-30324

C.A. 00-208 N

MARIO MCKINLEY

    Plaintiff - Appellant

v.

ANTHONY P CHAMPAGNE, Chief Indigent Defender's Office

    Defendant - Appellee

U.S. COURT OF APPEALS
**FILED**
AUG 2 1 2000
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 2 2 2000
LORETTA G. WHYTE
CLERK

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of 8/21/00, for want of prosecution. The appellant failed to timely pay docketing fee.

    CHARLES R. FULBRUGE III
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
    Monica Washington, Deputy Clerk

    FOR THE COURT - BY DIRECTION

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
New Orleans, LA    AUG 21 2000

Fee _____
Process _____
X Dktd _____
__ CtRmDep _____
__ Doc.No. _____